UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICK VERNON JOHNSON, et al.,

       Defendants.
_____/

No.    1:23-CR-40

FELONY INFORMATION
**PENALTY SHEET**

## RICK VERNON JOHNSON

**COUNT 1 – Accepting a Bribe – 18 U.S.C. § 666(a)(1)(B)**

**Maximum penalty:** Not more than 10 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class C Felony, 18:3559)

**Special Assessment**: [18:3013] $100

**Forfeiture**

## JOHN DAWOOD DALALY

### COUNT 2 – Payment of a Bribe – 18 U.S.C. § 666(a)(2)

**Maximum penalty:**  Not more than 10 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class C Felony, 18:3559)

**Special Assessment**: [18:3013] $100

## **BRIAN DENNIS PIERCE**

### **COUNT 3 – Conspiracy to Commit Bribery – 18 U.S.C. § 371**

**Maximum penalty:**  Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: [18:3013] $100

## **VINCENT TYLER BROWN**

### **COUNT 3 – Conspiracy to Commit Bribery – 18 U.S.C. § 371**

**Maximum penalty:**  Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: [18:3013] $100

Date:  April 6, 2023                                                              /s/ Christopher M. O'Connor
                                                                                              Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046