UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:23–cr–40

  v.                                       Hon. Jane M. Beckering

BRIAN DENNIS PIERCE,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Change of Plea Hearing<br>First Appearance |
| Date/Time: | April 27, 2023   03:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                                       PHILLIP J. GREEN
                                                       U.S. Magistrate Judge

Dated:  April 17, 2023        By:    /s/ Angie L. Doezema
                                                     Courtroom Deputy