## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | John Dawood Dalaly | Mag. Judge: | Phillip J. Green |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00040-JMB-2 | 4/21/2023 | 11:01 - 11:52 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Christopher O'Connor & Richard Stiffler | Defendant: Raymond A. Cassar | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __<br>Reading Waived ✓ |

**TYPE OF HEARING**
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: ____

**DOCUMENTS**
- ✓ Defendant's Rights
- ✓ Waiver of  Indictment
- ✓ Consent to Mag. Judge for  Plea
- __ Other: ____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other:  Rule 5F Order

**CHANGE OF PLEA**

Guilty Plea to Count(s)  2
of the  Information

Count(s) to be dismissed at sentencing: ____

Presentence Report:
  ✓ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____<br>Plea Agreement Accepted:   __Yes  __No<br>Defendant informed of right to appeal:  __Yes  __No<br>Counsel informed of obligation to file appeal:  __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00     Unsecured |
| **CASE TO BE:**  Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**     A. Doezema |