UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:23–cr–40

    v.                                    Hon. Jane M. Beckering

JOHN DAWOOD DALALY,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  September 14, 2023   01:30 PM
District Judge:  Jane M. Beckering
Place/Location:  601 Federal Building, Grand Rapids, MI


                            JANE M. BECKERING
                            United States District Judge

Dated:  April 21, 2023      By:   /s/ Rick M. Wolters
                                     Case Manager