

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456–2381

330 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226–2021

107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337–5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377–1559

Electronic Filing Help Desk
(616) 456–2206
(800) 290–2742
ecfhelp@miwd.uscourts.gov

April 28, 2023

David Griem
David Griem and Associates
21 Kercheval Ave., Ste. 363
Grosse Pointe Farms, MI 48236

    RE:    USA v. VINCENT TYLER BROWN, et al.
            Case No. 1:23–cr–40   Hon. Jane M. Beckering

Dear Mr. Griem:

Under Western District of Michigan Local Civil Rule 5.7 and Local Criminal Rule 49.10, attorneys must register to file and serve pleadings electronically by use of the ECF system. It appears that you are not yet registered in this district.

The Western District of Michigan upgraded to the Next Generation of CM/ECF (NextGen) on August 26, 2019. In order to register in a NextGen court, you must first obtain an upgraded, individual Public Access to Court Electronic Records (PACER) account. More information regarding NextGen, as well as information and instructions relating to registering for electronic filing may be found on this Court's website. You will find registration instructions under the "For Attorneys" tab.

If you have any questions, please contact the Court at any office.

Sincerely,

CLERK OF COURT

  /s/  N. Stimec
Deputy Clerk