## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Vincent Tyler Brown | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00040-JMB-4 | 4/28/2023 | 11:03 AM - 12:03 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Christopher O'Connor & Richard Stiffler | Defendant: Mark J. Kriger | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __<br>Reading Waived ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>✓ Arraignment:<br>__ mute   __ nolo contendre<br>__ not guilty   __ guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived __)<br>__ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Other: _____ | ✓ Defendant's Rights<br>✓ Waiver of  Indictment<br>✓ Consent to Mag. Judge for  Plea<br>__ Other: _____<br><br>Court to Issue:<br>✓ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>✓ Other: Rule 5F Order | Guilty Plea to Count(s) 3<br>of the Information<br>Count(s) to be dismissed at sentencing: _____<br><br>Presentence Report:<br>✓ Ordered   __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes   __No<br>Defendant informed of right to appeal:   __Yes   __No<br>Counsel informed of obligation to file appeal:   __Yes   __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 50,000.00   Unsecured |
| **CASE TO BE:**   Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**   A. Doezema |