UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:23–cr–40

    v.                                    Hon. Jane M. Beckering

VINCENT TYLER BROWN,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:             September 14, 2023   02:30 PM
District Judge:        Jane M. Beckering
Place/Location:       601 Federal Building, Grand Rapids, MI


                                                      JANE M. BECKERING
                                                      United States District Judge

Dated:  April 28, 2023        By:     /s/ Rick M. Wolters_____
                                                  Case Manager