UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 1:23–cr–40

  v.                                        Hon. Jane M. Beckering

BRIAN DENNIS PIERCE,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Change of Plea Hearing<br>First Appearance |
| Date/Time: | May 12, 2023   02:00 PM<br>*(previously set for May 5, 2023)* |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                              PHILLIP J. GREEN
                                            U.S. Magistrate Judge

Dated:  May 4, 2023        By:    /s/ Angie L. Doezema
                                           Courtroom Deputy