AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-cr-00040-JMB-3 |
| | ) | |
| Brian Dennis Pierce | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I hereby waive in open court on this date my right to prosecution by indictment and consent to prosecution by way of information.

Date: 05/12/2023

*Defendant's signature*

*Signature of defendant's attorney*

Ben M. Gonek
*Printed name of defendant's attorney*

/s/ Phillip J. Green
*Judge's signature*

Phillip J. Green, United States Magistrate Judge
*Judge's printed name and title*