UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:23–cr–40

   v.                                 Hon. Jane M. Beckering

BRIAN DENNIS PIERCE,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  September 28, 2023  02:30 PM
District Judge:  Jane M. Beckering
Place/Location:  601 Federal Building, Grand Rapids, MI

                                             JANE M. BECKERING
                                             United States District Judge

Dated:  May 15, 2023        By:    /s/ Rick M. Wolters_____
                                         Case Manager