# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JOHN DAWOOD DALALY,

    Defendant.

Case No.: 23-00040
Hon. Jane M. Beckering

---

| | |
|---|---|
| CHRISTOPHER M. O'CONNOR<br>Assistant United States Attorney<br>Deputy Criminal Chief<br>330 Ionia Ave., NW<br>Grand Rapids, MI 49503<br>P: (616) 808-2019<br>E: christopher.oconnor@usdoj.gov | CLAY STIFFLER<br>Assistant United States Attorney<br>330 Ionia Ave., NW<br>Grand Rapids, MI 49503<br>P: (616) 808-2132<br>E: clay.stiffler@usdoj.gov |
| RAYMOND A. CASSAR (P36875)<br>Attorney for Defendant<br>30445 Northwestern Hwy., Ste. 220<br>Farmington Hills, MI 48334<br>P: (248) 855-0911<br>E: ray@crimlawattorney.com | DANIEL J. MCGLYNN (P47678)<br>Attorney for Defendant<br>101 W. Long Lake Rd.<br>Bloomfield Hills, MI 48304<br>P: (248) 649-3554<br>E: dmcglynn@mcglynnassoc.com |

---

### MOTION FOR LEAVE TO FILE MOTION FOR DOWNWARD DEPARTURE AND/OR VARIANCE AND SENTENCING MEMORANDUM AND BRIEF IN SUPPORT UNDER RESTRICTED ACCESS

NOW COMES the Defendant, JOHN DAWOOD DALALY, by and through his attorney, RAYMOND A. CASSAR, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file

Defendant's Motion for Downward Departure and/or Variance and Sentencing Memorandum and Brief in Support of Motion for Downward Departure and/or Variance under Restricted Access due to the sensitive, personal information contained therein.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this Motion.

Respectfully Submitted,

s/   Raymond A. Cassar
Law Office of Raymond A. Cassar, PLC
30445 Northwestern Hwy. Ste. 220
Farmington Hills, MI 48334
(248) 855-0911; Fax (248) 855-9523
Ray@crimlawattorney.com
P36875

Date: August 31, 2023