UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:23-cr-00040-JMB

v.                                  Hon. Jane M. Beckering

JOHN DAWOOD DALALY, et al.,

       Defendants.
_____/

## ORDER

      This matter is before the Court on Defendant John Dawood Dalaly's Motion for Leave to File – #70, which was filed August 31, 2023. Effective September 28, 2015, Local Criminal Rule 12.4 was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCrR 12.4; see <u>Administrative Order No. 15-RL-78 (Sept. 11, 2015)</u>. The motion fails to comply with this requirement. Accordingly,

      IT IS ORDERED that Defendant John Dawood Dalaly's Motion for Leave to File – #70 is DENIED without prejudice to refile.

      IT IS SO ORDERED.

Dated:  September 1, 2023           /s/ Jane M. Beckering
                                              JANE M. BECKERING
                                              United States District Judge