To Honorable Jane M. Beckering:

For 49 years I have had John by my side. Through thick and thin we have been devoted to one another always. We have traveled the world, raised 3 amazing daughters, and are enjoying our time as empty nesters to live in each and every moment with our 8 grandchildren.

I have witnessed many qualities in my husband that I can't say other men possess. I can tell you that what he did is totally out of character. He has always been a caregiver at heart and hates to see anyone around him suffer. He cared for his dying mother for years and most recently his sister through a failed battle with cancer. Now, because of a terrible choice, he is the one suffering gravely. Not a minute of his day passes without dwelling on his actions. It haunts him and is eating him alive. I as his wife feel his pain every time I look into his eyes. I am there for him, and patiently trying to stay calm and focused, to do the best I can to keep his hopes and spirits high. This has not been an easy task.

The unknown has haunted us both for over a year. The uncertainty of his future is unbearable. John is a good man. He has devoted his time to his faith in Christ and his family life to get him through this rough road. Our family is everything and he is the glue to it all. He has also punished himself for his actions.

I cannot fathom a life without him by my side and I beg of you to show mercy on my husband during his sentencing. No matter the outcome, he will persevere without a doubt. His fate is in your hands. I pray you understand the genuine man he is, and not judge him solely on the grave mistake he has made.

Thank you kindly and God Bless,

Vivian Ajlouny Dalaly