May 1, 2023
To Honorable Jane M. Beckering:

As the three devoted daughters of John Dalaly, we would like to extend our hearts to you and allow you to know the REAL man that we know as our father...

First and foremost, we recognize the grave mistake that was made. A wrong decision which in turn, has led our dad to this predicament. He is accepting of his responsibility and is tremendously paying for his actions in so many ways. We never could have imagined something like this happening to our family, especially to our wonderful father. He has, and continues to be, a man of LOVE, HONESTY, RESPECT, FAITH & HARD WORK.

He has done so much for each of us throughout our entire lives without hesitation. He is the definition of an excellent husband, brother, father, and grandfather. We are his WORLD, and he makes this known to all who will listen. Our lives have been flipped upside down and shattered by this new reality we are currently experiencing. This has all taken an inexplainable toll on each of us, especially our parents.

While we were growing up, dad made sure to be home every night for a family dinner. He has always kept a stable roof over our heads, provided a good Catholic education, and always stresses the importance of family values. He continues to instill these values into our children's lives, his 8 wonderful grandchildren, daily. He always says, "if you can make others happy, do it." He would give anyone the shirt off his back.

For years we as a family would donate turkeys to families in need for the holidays. We would take family trips to food banks and homeless shelters to serve meals to those in need and adopt families through church to share our many blessings with. Dad spends his Saturday mornings giving Holy Communion to the patients of Beaumont hospital and finds comfort in putting a smile on their faces through their recovery or struggles. He is a GIVER, and always has been. He strives to make sure his family and friends are provided for, many times before himself. He always does what he can to help the people in his life.

Our dad begins and ends his days with prayer and a Facetime call to each of us and our children. He sends daily motivational and spiritual texts and makes sure we gather every week at his home for a meal, although he would prefer it to be every day!! Coming home from a long day at work to the love and laughter of his family is priceless.

We are distraught about the impact your punishment could have on all our daily lives, but also our young children ranging in ages from 1-13 years of age. They see and talk to their "PAPA" multiple times a day. Papa regularly attends each sporting event of theirs, school plays, concerts, and ceremonies. If he couldn't be there with them, it would absolutely crush him and us!

We are so worried about our dad. We greatly understand that he has made an irreversible mistake. We hope and pray that you have learned more about the REAL John Dalaly and that you may show leniency on him during his sentencing. Please consider all the good he brings to our lives and to the world. So many of us depend on him because he truly is a wonderful man. We ALL need and want him continuously in our lives. His absence would be felt tremendously by all who know and love him. You Honor, we humbly ask that you not incarcerate our father. Please give him the opportunity to continue to help the community,

Respectfully written together by John's daughters and our families,

Dina Dalaly Lousia, Janan Dalaly Sitto, Katrina Yono