UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DAWOOD DALALY,

    Defendant.
_____/

Case No. 1:23-cr-00040

HON. JANE M. BECKERING

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

DNA collection
Drug testing (suspended)

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2. You must not create/form any new business entities during the period of supervision.

3. You must not work in any type of employment without the prior approval of the probation officer.

## CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED that you must pay to the United States a special assessment of $100.00, which shall be due immediately.

Having assessed the defendant's ability to pay, payment of any additional criminal monetary penalties shall be due as follows:

>Any balance due must be paid within 60 days of sentencing. The defendant must apply all monies received from income tax refunds, lottery winnings, judgments, and or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations. Payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503.

I have reviewed and understand the above conditions of my sentence.

Dated: September 14, 2023

_____
John Dawood Dalaly
Defendant

_____
Raymond A. Cassar
Attorney for Defendant

IT IS SO ORDERED.

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge