UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            No. 1:23-cr-40-1

        vs.                                   Hon. Jane M. Beckering
                                                         United States District Judge

RICK VERNON JOHNSON,

        Defendant.
_____/

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S
SECOND MOTION FOR EXTENSION OF TIME TO REPORT TO PRISON**

    It is time for Defendant Rick Johnson to start serving his 55-month prison sentence in the federal Bureau of Prisons. This Court should deny his second motion for an extension of time to self-surrender to prison. (ECF #140)

    Defendant has been designated to FPC Duluth. According to a publicly available admission and orientation handbook, FPC Duluth has a health services unit that functions as an ambulatory outpatient clinic:

> The Health Services Staff consists of a Physician, Health Services Administrator, Physician Assistants/Nurse Practitioners, Dentist, Pharmacist, Emergency Medical Technician, Nurses, Health Information Technician and Medical Secretary. The delivery of health care at FPC Duluth is supplemented by the use of outside health care providers who come to the institution as well as a wide array of medical specialists and health care facilities in the civilian community.
>
> . . .
>
> The clinic is open from 6:00 a.m. to 6:30 p.m., Monday through Friday, and 6:30 a.m. to 6:30 p.m. on weekends and Federal holidays. A staff member is always on call for any problem that may occur after normal operational hours.

*See* Admission & Orientation Federal Prison Camp Duluth, Minnesota 55814, p. 30, available at https://www.bop.gov/locations/institutions/dth/dth_ao-handbook.pdf?v=1.0.0

All inmates receive a health screening upon arrival. An initial physical examination is mandatory within 14 days of admission. The medical staff will assess activity and work restrictions. If an inmate needs a special test or procedure, he may address this during his physical examination and, "[i]f it is determined the request is clinically indicated, it will be provided." (*Id*., p. 32) The clinic also provides blood pressure monitoring and programs to facilitate fitness, weight loss, and chronic disease support. (*Id*., p. 31)

Johnson's motion assumes that he will be unable to obtain the physical rehabilitation and monitoring recommended by his doctors. Those assumptions are called into doubt by the extensive medical services that reportedly are available at FPC Duluth. To the extent FPC Duluth does not have a necessary treatment modality, the handbook states that the prison has a "wide array of medical specialists and health care facilities in the civilian community" that are made available to its inmates. Defendant's motion should be denied.

                                  Respectfully submitted,

                                  MARK A. TOTTEN
                                  United States Attorney

Dated: November 16, 2023        /s/ *Christopher M. O'Connor*
                                  CHRISTOPHER M. O'CONNOR
                                  Assistant United States Attorney

                                  United States Attorney's Office
                                  P.O. Box 208
                                  Grand Rapids MI 49501
                                  (616) 456-2404
                                  christopher.oconnor@usdoj.gov