UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICK VERNON JOHNSON,

    Defendant.

_____/

Case No. 1:23-cr-40-1

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendant's *pro se* Motion for compassionate release (ECF No. 177). The Court will require the government to file a response to the motion. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, not later than September 12, 2024, file a response to the motion (ECF No. 177).

Dated: August 29, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge